## Commonwealth *v.* Johnson, Appellant.

 Submitted March 20, 1970. *Curtis P. Cheyney, III,* for appellant; *Arnold Gordon,* Assistant District Attorney, *James D. Crawford,* Deputy District Attorney, Richard A. Sprague, First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: The order is reversed and the case remanded to the hearing court for the filing of a proper order in conformity with the Act of January 25, 1966, P. L. 1580 (1965) §10, 19 P.S. §1180-10 (Supp. 1969), which requires that "[t]he order finally disposing of the petition shall state grounds on which the case was determined and whether a federal or a state right was presented and decided." See *Commonwealth v. Naylor,* 437 Pa. 193, 262 A. 2d 146 (1970); *Commonwealth v. D'Angelo,* 438 Pa. 539, 264 A. 2d 405 (1970).

WRIGHT, P. J., dissents.